

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

The following constitutes
the order of the court. Signed July 6, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re:

WILLIAM E. MARTELL

                Debtor(s)

Case No.: 15-1-0397AJ13

## ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on July 1, 2015, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Amended Plan dated May 23, 2015 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided, or extinguished, except by adversary proceeding pursuant to FRBP 7001(2) or contested matter pursuant to FRBP 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

4. No guidelines incorporated into the plan are binding on the court.

**IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above:

    i.    In addition to regular monthly plan payments, Debtor shall remit a one-time payment in the amount of $3,582.74 to the Trustee on or before April 20, 2020, for a total plan base of $103,782.74.

    ii.    In lieu of current language in Paragraph 3 of the Debtor's Amended Plan filed on May 23, 2015, Debtor's Attorney will bill hourly for services. Fees will be paid to attorney through the Chapter 13 plan once an application for fees is approved by the Court.

    iii.    Paragraph 4A of the Amended Plan filed on May 23, 2015 shall reflect Wells Fargo Bank, N.A. to be paid in full through the Plan in the secured amount of $17,458.07 at 6 % interest with a fixed monthly payment of $525.00, pursuant to their proof of claim filed on May 14, 2015 as claim number 2.

    iv.    Paragraph 6(D) of the confirmed Plan shall reflect the following: Internal Revenue Service shall be paid the priority amount of $8,824.08, pursuant to their proof of claim filed on June 4, 2015 as claim number 3.

Concurred as to special provisions content

/s/ JOCELYN M. GODINHO 7/6/2015
JOCELYN M. GODINHO
LAW OFFICE OF THOMAS B. HJERPE
Attorney for Debtor(s)


/s/ LILIAN G. TSANG
LILIAN G. TSANG
Attorney for David Burchard, Chapter 13 Trustee


**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Case: 15-10397　　Doc# 23　　Filed: 07/06/15　　Entered: 07/06/15 17:34:01　　Page 3 of 3