Thomas B. Hjerpe - SBN 172052
Jocelyn M. Godinho - SBN 275680
Law Offices of Hjerpe & Collins, LLP
350 E Street, 1st Floor
Eureka, California   95501
(707) 442-7262

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re WILLIAM E. MARTELL

        Debtor
_____/

Case No. 15-10397
Chapter 13
Claimant: Cavalry SPV I, LLC
Claim No.: 11

OBJECTION TO CLAIM AND NOTICE THEREOF

    The debtor objects to the allowance of Claim No. 11, filed in the amount of $751.03, by Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A. whose address as set forth on its Proof of Claim is:

    Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A.
    c/o Bass & Associates, P.C.
    3936 E Ft. Lowell Road Suite #200
    Tucson, AZ 85712

The objection is on the ground the claim:

    ____ Duplicate of Claim No.: ___ filed on _____ by _____;
    _X_ Does not include a copy of the writing upon which it is based;
    ____ Does not include a copy of the underlying judgment
    ____ Does not include a copy of the security agreement and evidence of a perfection;
    ____ Fails to assert grounds for priority;
    ____ Does not include a copy of the assignment(s) upon which it is based;
    ____ Appears to include interest or charges accrued after the filing of this case on
    ____ Is not timely filed;
    ____ Other:

    The Claim is unenforceable because the claim does not include the original written contract or a duplicate. When a claim is based upon a writing, Federal Rule of Bankruptcy Procedure 3001(c)(1) requires that the original writing or a duplicate be filed with the proof of claim.

    Since the original contract, or a duplicate, is not attached to the proof of claim enforcement the Claim should be disallowed in its entirety.

Objecting Party will ask the Court to enter an Order providing that the claim is:

```
____  Allowed as a secured claim in the amount of:      $_____
____  Allowed as an unsecured claim in the amount of:   $_____
____  Allowed as a priority claim in the amount of:     $_____
 X    Disallowed in its entirety;
____  Disallowed as follows:
```

NOTICE IS HEREBY GIVEN that Local Rule 7-914 of the United Stated Bankruptcy Court for the Northern District of California, prescribes the procedures to be followed by claimant. Any request for hearing on the matter must be filed and served upon the requesting party within 21 days of mailing of the notice; a request for hearing must be accompanied by any declarations or memoranda of law the requesting party wishes to present in support of its position; if there is not timely a request for hearing, the court may enter an order granting relief by default; and Objecting Party will give at least 10 days written notice of hearing to the requesting party, and to any trustee or committee appointed in the case, in the event a request for hearing is timely made.

Dated: August 29, 2016         /s/   Jocelyn Godinho
                               Jocelyn Godinho [SBN 275680]
                               Attorney for Debtor(s)

Thomas B. Hjerpe - SBN 172052
Jocelyn M. Godinho - SBN 275680
Law Offices of Hjerpe & Collins, LLP
350 E Street, 1st Floor
Eureka, California   95501
(707) 442-7262

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re WILLIAM E. MARTELL

Case No. 15-10397
Chapter 13

　　　　Debtors.
_____/

PROOF OF SERVICE

　　　I am a citizen of the United States and am employed in the County of Humboldt.   I am over the age of eighteen years and not a party to the action in which these papers are served.   My business address is 350 E Street, Suite 403, Eureka, California. On the date of this declaration, I served the following document(s) by placing an accurate copy of the same in a sealed envelope with postage fully prepaid in the United States mail at Eureka, California, addressed to each of the entities listed as follows:

　　　Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A.
　　　c/o Bass & Associates, P.C.
　　　3936 E Ft. Lowell Road Suite #200
　　　Tucson, AZ 85712

Notice of electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center:

David Burchard:　　　　　　　　　　　　　　　　Office of the U.S. Trustee/SR
TESTECF@burchardtrustee.com　　　　　　　　　USTPRegion17.SF.ECF@usdoj.gov

Documents served:　　OBJECTION TO CLAIM AND NOTICE THEREOF

　　　I declare under penalty of perjury that the foregoing is true and correct.   Executed on August 29, 2016, at Eureka, California.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/     Nicole Uhl
　　　　　　　　　　　　　　　　　　　　　　　　Nicole Uhl [8559]